(1) The Court of Appeals for Veterans Claims' decisions are reversed and the cases are remanded.

(2) Each side shall bear its own costs.

**William M. DUFFY, Claimant–Appellant,**

**v.**

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 04–7127.**

United States Court of Appeals, Federal Circuit.

Aug. 10, 2004.

Kenneth D. Woodrow, Principal Attorney, Todd M. Hughes, Jamie L. Mueller,

David M. Cohen, of Counsel, Washington, DC, for Respondent–Appellee.

David Sean Barnett, Principal Attorney, Shaw Pittman, Washington, DC, for Claimant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**James H. LUONGO, Petitioner,**

**v.**

**DEPARTMENT OF JUSTICE, Respondent.**

**No. 04–3289.**

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 27, 2004.

ORDER

Order Vacated, See 110 Fed.Appx. 889.

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.